**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 16, 2003**

**Charles R. Fulbruge III**
Clerk

**UNITED STATES COURT OF APPEALS**

**For the Fifth Circuit**

No. 02-50930
Summary Calendar

In The Matter Of: RODNEY K DANSEREAU; HILTRUDE M DANSEREAU;

         Debtors

-------------------------

CASH-N-ADVANCE

         Appellant

   v.

RODNEY K DANSEREAU; HILTRUDE M DANSEREAU

         Appellees

*********************************

In The Matter Of:ROBERT MORGAN; TRACY LYNN KRINGS

         Debtors

- - - - - - - - - - - - -

CASH-N-ADVANCE

         Appellant

   v.

ROBERT MORGAN; TRACY LYNN KRINGS

         Appellees

**********************************

In The Matter Of: MICHAEL ANDREW MADRID; LISELOTTE JENSEN MADRID

Debtors

- - - - - - - - - - - - -

CASH-N-ADVANCE

                Appellant

    v.

MICHAEL ANDREW MADRID; LISELOTTE JENSEN MADRID

                Appellees

**********************************

In The Matter Of: CHRISTOPHER HOFFMANN; ROCHELLE DENICE HOFFMANN

                Debtors

- - - - - - - - - - - - -

CASH-N-ADVANCE

                Appellant

    v.

CHRISTOPHER HOFFMANN; ROCHELLE DENICE HOFFMANN

                Appellees

************************************

In The Matter Of: JOAN L ROSENBROCK

                Debtor

- - - - - - - - - - - - -

CASH-N-ADVANCE

                Appellant

    v.

JOAN L ROSENBROCK

                Appellee

**************************************

In The Matter Of: WILLIE LEE HODGES; DYRENDA TUTAVENA HODGES

        Debtor

— — — — — — — — — — — —

CASH-N-ADVANCE

        Appellant

   v.

WILLIE LEE HODGES; DYRENDA TUTAVENA HODGES

        Appellees

*******************************************

In The Matter Of: DEMETRIUS DUDLEY DAVIS; MARY ANN DAVIS

        Debtor

— — — — — — — — — — — — —

CASH-N-ADVANCE

        Appellant

   v.

DEMETRIUS DUDLEY DAVIS; MARY ANN DAVIS

        Appellees

---

Appeal from the United States District Court
For the Western District of Texas
W-02-CV-81, W-02-CV-82, W-02-CV-83, W-02-CV-84
W-02-CV-85, W-02-CV-86, W-02-CV-87

---

March 17, 2003

Before DAVIS, WIENER and EMILIO GARZA, Circuit Judges

PER CURIAM:<sup>*</sup>

Cash-N-Advance asks this court to reverse the order of the district court upholding the bankruptcy court's imposition of sanctions against Cash-N-Advance for classifying unsecured claims as "priority" claims in seven Chapter 13 Bankruptcy proceedings with no arguable legal or factual basis for doing so. We review the Bankruptcy Court's imposition of sanctions for abuse of discretion. We are satisfied that the bankruptcy court did not abuse its discretion in imposing sanctions against Cash-N-Advance and affirm the district court's judgment.

Federal Rule of Bankruptcy Procedure 9011 (the counterpart of Fed. R. Civ. P. 11) authorizes the Bankruptcy Court to impose sanctions against attorneys, law firms or individuals who violate the rule. Section 9011(c) grants authority to the bankruptcy court to impose sanctions on its own initiative. "If after notice and a reasonable opportunity to respond," the court finds a violation of the rule, the court may impose sanctions. Fed. R. Bankr. P. 9011.

As applied to this case, 9011(b) required that an attorney for Cash-N-Advance sign each of the proofs of claim submitted to the court and certify, among other things, that "to the best of the person's knowledge, information, and belief, formed after an

_____

   <sup>*</sup>Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

inquiry reasonable under the circumstances" the claims were warranted by law and the factual contentions had evidentiary support. Fed. R. Bankr. P. 9011(a) and (b). The record amply supports the bankruptcy judge's finding that Cash-N-Advance filed priority status claims without any factual or legal basis. Cash-N-Advance also received the required notice and had more than a reasonable opportunity to respond. Cash-N-Advance filed a Response to the Bankruptcy Court's Show Cause Order and participated in a hearing on the motion for sanctions.

For the reasons given above, we AFFIRM the judgment of the district court.